

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Department of Agriculture
Austin, Texas

Gentlemen:                    Attention:  Mr. Charles E. Baughman

                              Opinion No. 0-2093
                              Re:  Authority of the Department of Agri-
                                   culture to expend from its appro-
                                   priations the sum of $10.00 to pay
                                   membership fee in Association of
                                   Official Seed Analysts.

        This will acknowledge receipt of your letter of
March 18, 1940, wherein you ask the opinion of this department
upon the question whether your department may expend, and the
Comptroller may issue warrant for, $10.00 as payment to the
Association of Official Seed Analysts as a service fee.

        Your letter states that this fee is not in reality
a membership fee, but a service fee; that the service includes
copies of international seed testing literature.

        We find in your appropriation no item specifically
provided for such fees or services, but we do find item 58-1,
of $2,500.00 for "rent, heat, light, postage, telegraph, print-
ing supplies, and contingent," out of which this item may
properly be paid if it is a proper and necessary expense of
your department.

        Section 8 of Article 93a, Vernon's Civil Statutes,
provides in part as follows:

        "... such test or analysis made by the vendor
    or his agents shall conform to the reasonable regu-
    lations which said Commissioner of Agriculture is
    hereby authorized and directed to prescribe, or shall
    conform to the reasonable regulations or method of
    testing adopted or used by the Association of Official
    Seed Analysts of North America."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

439

It is obvious that the Commissioner of Agriculture must, under this statute, inform himself from time to time of the nature of the regulations or methods of testing adopted or used by the Association of Official Seed Analysts of North America. The Legislature must necessarily have contemplated that the department should be permitted to incur such expenditures as might be necessary to obtain this information, and we therefore hold that your department may incur, and the Comptroller may issue a warrant for the expense in the sum of $10.00 involved in subscribing for the service, which includes copies of international seed testing literature, furnished by the Association of Official Seed Analysts.

Authority of other departments of the State government to incur and pay charges for similar services has been sustained by this department in its opinions numbered O-1903 and O-1990.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

R. W. Fairchild
Assistant

APPROVED MAY 3, 1940

FIRST ASSISTANT
ATTORNEY GENERAL

RWF:PBP



APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN